MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: January 7, 2025

vs.  Case No.: 24-03019-03-CR-S-BCW

**DRESHAWN POWELL**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Change of Plea

**Time Commenced:** 1:14 p.m.  **Time Terminated:** 1:29 p.m.

## APPEARANCES

**Plaintiff's counsel:** Ami Miller, AUSA
**Defendant's counsel:** Kristin Jones, CJA
**USPPTS:** Hannah Allhands

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

The Court notes that Defendant has signed a *Notice Regarding Entry of a Plea of Guilty* and has, thereby, consented to proceed before the Magistrate Judge pursuant to Rule 11. Defendant has signed a written plea agreement. Defendant advised of rights.

Defendant pleads guilty to the lesser-included offense within Count Six of the Second Superseding Indictment.

Defendant duly sworn and questioned by the Court. Defendant states that he did, in fact, do the things contained in the signed written Plea Agreement. The Court finds an adequate factual basis for the plea of guilty and will recommend that it be accepted by the District court. PSI ordered.

Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel