# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 24-03019-03-CR-S-BCW |
| DRESHAWN POWELL, | |
| Defendant. | |

## NOTICE REGARDING ENTRY OF A PLEA OF GUILTY

In the event the Defendant decides at any time before trial to enter a plea of guilty, the United States Magistrate Judge is authorized by W.D. Mo. R. 72.1 and 28 U.S.C. § 636, with the consent of the Defendant, to conduct the proceedings required by Fed. R. Crim. P. 11 incident to the making of the plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Fed. R. Crim. P. 32. The assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation, and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

# **CONSENT**

I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the United States Magistrate Judge conducting the proceedings required by Fed. R. Crim. P. 11 incident to the making of such plea. I understand that if I object to the Magistrate Judge's Report and Recommendation within the time period required by law, the District Judge will review *de novo* those portions of the report or specified proposed findings or recommendations to which objections are made; however, the time period during which the District Judge conducts the review will be excluded in computing the time within which trial must commence under the Speedy Trial Act. I also understand that if my plea of guilty is accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

Date: 1/7/25

_____
DRESHAWN POWELL
Defendant

_____
KRISTIN SUZANNE JONES
Defendant's Attorney

The United States consents to the United States Magistrate Judge conducting the proceedings required by Fed. R. Crim. P. 11, incident to the taking of a plea of guilty.

_____
JESSICA R. EATMON
Assistant United States Attorney

2